469

No. 56630.—Zachary Z. Honigberg v. United States, protest 160755–K (San Francisco).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56631.—Cosmos Products Co. et al. v. United States, protests 176795–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, May 6, 1952

No. 56632.—J. S. Staedtler, Inc., and Rohner, Gehrig & Co., Inc. v. United States, protests 161089–K, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 54854, the claim of the plaintiffs was sustained.

No. 56633.—J. W. Hampton, Jr., & Co., Inc. v. United States, protests 177397–K and 177398–K (New York).

Opinion by Lawrence, J. It was stipulated that certain items of the merchandise consist of lead scrap of which metal is the component material of chief value and that it is secondhand and fit only to be remanufactured. Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, supra, and is properly entitled to free entry.

No. 56634.—Gimbel Bros., Inc. v. United States, protests 156311–K and 158965–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

No. 56635.—Gimbel Bros., Inc. v. United States, protests 156316–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

No. 56636.—Gimbel Bros., Inc. v. United States, protests 164387–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags similar in all material respects to those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

No. 56637.—Gimbel Bros., Inc. v. United States, protests 168034–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the classification of which was involved in Abstract 56124, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 6, 1952

No. 56638.—Julius Wile Sons & Co., Inc. v. United States, protests 948254–G, etc. (New York).